# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1919
LT Case No. 2010-CF-012186-A

_____

TAURICE LEONARD BROWN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Taurice L. Brown Wewahitchka, for Appellant.

No Appearance for Appellee.

September 12, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., WALLIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____